**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DONNA L. EARLY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 2:06cv727 |
| | ) |
| **RHEEM MANUFACTURING COMPANY, a corporation and CAL MEARS, an individual,** | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

**COME NOW** the Defendants Rheem Manufacturing Company (hereinafter "Rheem") and Cal Mears (hereinafter "Mears") and respectfully move the Court for a two-week extension of the current deadline to respond to the Complaint filed in this Court on August 13, 2006, by Donna L. Early. In support of its motion, Defendants show the following:

1. Plaintiff Early filed her Complaint against Defendants Rheem and Mears on or about August 13, 2006.

2. Defendants' responses to the Complaint would otherwise be due on Thursday, September 14, 2006.

3. Rheem is currently moving its corporate headquarters from New York, New York to Atlanta, Georgia and, as a result, the undersigned counsel will not have reliable access to Barbara Ann Cook, Esq., Rheem's Assistant General Counsel, who is well familiar with the complicated factual background of this case and who will take an active role in Rheem's defense.

4. A two-week extension will enable Ms. Cook to move her files and records to Atlanta and to actively participate in the preparation of Defendants' responses to the Complaint.

5. The undersigned has conferred with Plaintiff's counsel, Trina S. Williams, Esq., who states that Plaintiff has no objection to the requested extension.

**WHEREFORE THE PREMISES CONSIDERED,** Defendants Rheem and Mears respectfully request the Court to grant an extension of the deadline to file their responses to the Complaint to and including September 28, 2006.

Respectfully submitted,

s/Henry C. Barnett, Jr.
**HENRY C. BARNETT, JR. (BAR037)**
*ATTORNEY FOR DEFENDANTS*

**OF COUNSEL:**
CAPELL & HOWARD, P. C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36104
(334) 241-8000
(334) 323-8888

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of September 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Trina S. Williams
Vicky U. Toles
TOLES & WILLIAMS, LLP
1015 South McDonough Street
Montgomery, Alabama 36104

                                            s/Henry C. Barnett, Jr.
                                            OF COUNSEL