IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA L. EARLY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:06-CV-727-CSC |
| | ) |
| RHEEM MANUFACTURING COMPANY, *et al*, | ) |
| | ) |
|    Defendants. | ) |

ORDER

Now pending before the court is the September 7, 2006, motion for extension of time (doc. # 5) filed by the defendant. Upon consideration of the motion and for the following reasons, it is

ORDERED that the motion be and is hereby GRANTED and that the time for responding to the complaint be extended from September 14, 2006, to September 28, 2006.

Done this 7th day of September, 2006.

                                                  /s/Charles S. Coody
                                               CHARLES S. COODY
                                               CHIEF UNITED STATES MAGISTRATE JUDGE