IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA L. EARLY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.: 2:06cv727 |
| | ) |
| RHEEM MANUFACTURING | ) |
| COMPANY, a corporation and CAL | ) |
| MEARS, an individual, | ) |
| | ) |
|     Defendants. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1. **Appearances.** Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on October 25th by telephone and was attended by:

    Trina S. Williams
    TOLES & WILLIAMS, LLP
    Attorney for Plaintiff Donna Early

    Henry C. Barnett, Jr.
    Capell & Howard, P.C.
    Attorney for Defendants Rheem Manufacturing Company and Cal Mears

2. **Pre-Discovery Disclosures.** The parties will exchange by December 15, 2006 the information required by Federal Rules of Civil Procedure 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects:

        1. All information pertaining to Plaintiff's claims and damages.

        2. All information pertaining to Defendants' defenses.

        3. Facts known to other persons believed to have discoverable information relevant to the claims and defenses of the parties.

        4.      Facts relating to affirmative defenses.

        5.      The Plaintiff's background and litigation history.

b.   All discovery commenced in time to be completed by October 15, 2007.

c.   There will be a maximum of fifty (50) interrogatories including sub-parts by each party to any other party. Responses due 30 days after service.

d.   There will be a maximum of fifty (50) requests for production by each party to any other party.

e.   There will be a maximum of fifty (50) requests for admission by each party to any other party. Responses due by 30 days after service.

f.   The parties agree that no more than fifteen (15) depositions may be taken by a party without leave of the court or agreement of the parties. Except as stated below, each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties. The depositions of the Plaintiff and Defendants' 30(b)(6) witness[s] (2 maximum) will be limited to 12 hours unless extended by agreement of the parties or approved by the Court.

g.   Reports from retained experts under Rule 26(a)(2) will be due:
from Plaintiff by August 10, 2007
from Defendants by September 10, 2007

h.   Supplementations under Rule 26(e) are due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional corrective information has not otherwise been made known to other parties in the discovery process or in writing.

4. **Other Items**.

  a.   **Scheduling Conference**
The parties do not request a conference with the court before entry of the scheduling order.

  b.   **Pretrial Conference**
The parties request a pretrial conference on or about October 29, 2007.

  c.   **Additional Parties, Claims and Defenses**
Plaintiff should be allowed until December 20, 2006 to join additional parties and to amend the pleadings.

        Defendants should be allowed until January 17, 2007 to join additional parties and to amend the pleadings.

d. **Dispositive Motions**
All potentially dispositive motions should be filed by July 31, 2007.

e. **Settlement**
Parties will evaluate settlement possibilities on a continuing basis.

        A face-to-face settlement conference should take place by August 10, 2007.

        Plaintiff is to file a Notice Concerning Settlement Conference and Mediation by August 15, 2007

f. **Trial Evidence**
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due November 9, 2007.

        The Parties should have fourteen (14) days after service to list objections under Rule 26(a)(3).

        Identification of responsive parts to depositions should be due by November 16, 2007.

        Voir dire questions, motions in limine fully briefed, and any proposed jury instructions should be due by November 26, 2007.

g. **Trial Date**
The case should be ready for trial by December 10, 2007 and at this time is expected to take approximately five (5) days.

Respectfully submitted on this the 26th day of October, 2006.


s/ Henry C. Barnett, Jr.
HENRY C. BARNETT, JR. (BAR037)
*ATTORNEY FOR DEFENDANTS*
CAPELL & HOWARD, P. C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-3069
hcb@chlaw.com



s/Trina S. Williams
Trina S. Williams (SAN 046)
Vicky U. Toles (UND 014)
*ATTORNEYS FOR PLAINTIFF*
TOLES & WILLIAMS, LLP
1015 South McDonough Street
Montgomery, Alabama 36104