IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA EARLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.:2:06-cv-727-WKW |
| | ) |
| RHEEM MANUFACTURING, | ) |
| COMPANY, a corporation and CAL | ) |
| MEARS, an individual, | ) |
| | ) |
| Defendants. | ) |

INITIAL DISCLOSURES

Pursuant to the provisions of Rule 26(a)(1), FRCivP, the Plaintiff provides to the defendant, the following:

A.  PERSONS WITH RELEVANT INFORMATION:

Aside from the **plaintiff**, the following is a list of each individual who is likely to have information that the plaintiff may use to support her claims. Except as otherwise stated, each of these individuals is/was employed by Rheem Manufacturing, 2600 Gunter Park Drive, Montgomery, AL 36109.

1. Betty Armstrong
   821 County Road 40 West
   Prattville, AL  36067

   The plaintiff believes that Ms. Armstrong has personal knowledge about the injuries sustained by Plaintiff and the procedures and policies of Rheem Manufacturing Company.

2. Val Wilson
   2660 Hashurush - Bar Road
   Tallassee, AL  36078

   The plaintiff believes that Ms. Wilson has personal knowledge about the injuries sustained by Plaintiff and procedures and policies of Rheem Manufacturing Company.

    3.    Jack Miller
          3958 Croydon Road
          Montgomery, AL  3610

          The plaintiff believes that Mr. Miller has personal knowledge about the injury sustained by Plaintiff and the procedures and policies of Rheem Manufacturing Company.

    4.    Andy Davis
          18273 U. S. Highway 31
          Hope Hull, AL 36043

          The Plaintiff believes that Mr. Davis has personal knowledge about the injury sustained by Plaintiff and the policies and procedures of Rheem Manufacturing Company.

Each of the following listed persons are physicians and/or medical personnel and can testify about the medical treatment and care that he or she has provided the plaintiff.

    5.  Selma Neurology & Pain Clinic
        Dr. Rassan M. Tarabein, M.D.
        1023 Medical Center Parkway
        Selma, AL 36701

    6.  Eastern Shore Neurology & Pain Clinic, Inc.
        28150 North Main Street, Suite B
        Daphne, AL 36526

    7.  Alabama Orthopaedic Specialists, P.A.
        4294 Lomac Street
        Montgomery, AL 36106

    8.  Southern Orthopaedic Surgeons
        2000 Normandie Drive
        Montgomery, AL 36111

    9.  Albert E. Lester, M.D., P.A.
        2091 B Gaston Avenue
        Montgomery, AL 36105

    10. Central Alabama Veterans Health Care System
        215 Perry Hill Road
        Montgomery, AL 36109

      11. Rehab Associates
          4124 Carmichael Court
          Montgomery, AL 36106

B.       <u>DOCUMENTS</u>

The plaintiff is not in possession, custody, or control of any discoverable documents, however, upon receipt Plaintiff will supplement any and all discoverable information.

C.  <u>DAMAGES</u>

Specific computation of damages cannot be fully set forth at this time; however, the plaintiff will more specifically compute and more fully categorize damages upon engaging and completing discovery.

                                            Respectfully,

                                            /s/ Trina S. Williams
                                            TRINA S. WILLIAMS (SAN 046)
                                            VICKY U. TOLES (UND 014)
                                            Attorneys for Plaintiff