# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DONNA L. EARLY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:06cv727-WKW |
| | ) |
| **RHEEM MANUFACTURING COMPANY, a corporation and CAL MEARS, an individual,** | ) ) ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Defendants' Motion for Leave to File a Memorandum of Law in Support of Their Motion for Summary Judgment (Doc. # 19) is GRANTED and the Memorandum Brief (Doc. # 20) is accepted as such. The Briefing Order (Doc. #18) is amended to require the response of the plaintiff **on or before June 27, 2007**, and defendants' reply brief **on or before July 5, 2007.**

DONE this 20th day of June, 2007.

                                                /s/  W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE