IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA L. EARLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE No.: 2:06cv727 |
| ) | |
| RHEEM MANUFACTURING ) | |
| COMPANY, a corporation and ) | |
| CAL MEARS, an individual, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION FOR DISMISSAL

**COME NOW** the Parties, by and through their counsel of record, and move this Court to dismiss the above-styled case with prejudice, and with each party to bear its own costs.

Respectfully submitted on this the 23rd day of July 2007.


/s/Henry C. Barnett, Jr.
HENRY C. BARNETT, JR. (BAR037)
*ATTORNEY FOR DEFENDANTS*
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069


/s/Trina S. Williams
TRINA S. WILLIAMS (SAN046)
VICKY U. TOLES (UND014)
*ATTORNEYS FOR PLAINTIFF*
TOLES & WILLIAMS, LLP
1015 South McDonough Street
Montgomery, Alabama  36104